# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX EL. ROBERT COLE, KRISTIE KING, and DAVID OLSON,<br><br>Plaintiffs,<br><br>v.<br><br>SALLYPORT GLOBAL HOLDINGS, INC., and MICHAEL BAKER INTERNATIONAL, LLC,<br><br>Defendants. | Civil Action No: 1:17-cv-285<br><br>Judge Susan J. Dlott |

## _____] ORDER

Having considered Relators' Unopposed Ex Parte Motion to Continue Service Date, the Court finds good cause to grant an extension of time to serve the complaint in this matter. The Court hereby grants Relators' motion and orders the date by which Relators must serve the complaint upon Defendants to be continued to May 1, 2020.

SO ORDERED THIS __30_ DAY OF ___March_____, 2020.

                                                                     _s/Karen L. Litkovitz_____
                                                                     UNITED STATES MAGISTRATE JUDGE